IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO.   11-00344-KD |
| v. | * | |
| | * | |
| JENNIFER SANDERS | * | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled case, the United States sought

forfeiture of property used to produce counterfeit securities by defendant **JENNIFER**

**SANDERS**, in violation of Title 18, United States Code, Section 471;

AND WHEREAS, based upon the Indictment and the plea agreement entered into

between the United States, and defendant **JENNIFER SANDERS** on February 27, 2012,

including defendant's agreement to confess the forfeiture of the proceeds of her criminal activity

or which facilitated any aspect of her illegal activity as identified in the Forfeiture Allegation of

the indictment, and for the reasons stated, it is hereby;

ORDERED, ADJUDGED AND DECREED, that in accordance with Title 18, United

States Code, Section 471, and Federal Rule of Criminal Procedure 32.2(b), the interest of the

defendant, **JENNIFER SANDERS,** in the property identified as follows, is hereby condemned

and forfeited to the United States for disposition according to law:

**(1) One HP Deskjet all-in-one printer, SN: CN01103PONZ).**

AND WHEREAS, by virtue of said guilty plea and said Plea Agreement, the United

States is now entitled to, pending possible appeal herein, reduce the said property to its

1

possession and notify any and all potential third parties who have or may have an interest in the forfeited property, pursuant to Title 21, United States Code, Section 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

NOW THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED AND DECREED**:

That based on the Plea Agreement, the guilty plea, and Fed.R.Crim.P 32.2(b)(3), and pursuant to the defendants' consent, all right, title and interest of defendant, **JENNIFER SANDERS** in the above-described property is hereby forfeited to and vested in the United States of America for disposition in accordance with law, subject to the provisions of Title 21, United States Code, Section 853(n).

That the aforementioned property is authorized to be held by the United States Marshals Service in their secure custody and control.

Pursuant to 21 U.S.C. § 853(n)(1) the United States is required to "publish notice of the order and of its intent to dispose of the property in such manner as the Attorney General may direct." The United States, exercising the discretion provided it by Supplemental Rule G(4)(a)(iv), has advised the Court that it will satisfy its legal obligation by "posting a notice on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days." Accordingly, the United States shall publish notice on www.forfeiture.gov for at least 30 consecutive days.

In accordance with 21 USC § 853(n)(1)-(3), the notice shall accomplish at least the following:

- provide notice of the entry of this order

- declare the United States' intent to dispose of the property in such manner as the Attorney General may direct;

- explain that any person, other than the defendant, having or claiming a legal
interest in any of the above-described forfeited property must file a petition with
the Court within 60 days of the first date of publication of notice (which date shall
be set forth in the notice);

- provide the Clerk's address for filing of the petition;

- explain that the petition shall be signed by the petitioner under penalty of perjury;
and

- explain that the petition shall set forth the nature and extent of the petitioner's
right, title or interest in the forfeited property, the time and circumstances of the
petitioner's acquisition of the right, title, or interest, and any additional facts
supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

After the disposition of any motion filed under Fed. R. Crim. P.32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon showing that such discovery is necessary or desirable to solve factual issues.

The United States shall have clear title to the property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n)(2) for the filing of third-party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The Clerk of the Court shall forward three (3) certified copies of this Order to Assistant

U.S. Attorney Adam W. Overstreet, U.S. Attorney's Office, Southern District of Alabama.


DATED this 12th day of March, 2012.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE